# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, for the use and benefit of Johnston Controls Fire Protection, LP,

Plaintiff,

v.

CJW CONSTRUCTION, INC., *et al.*,

Defendants.

Case No. 1:26-cv-00139-JLT-CDB

ORDER ON STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE

(Doc. 9)

Plaintiff United States of America, for the use and benefit of Johnston Controls Fire Protection ("Plaintiff"), initiated this action with the filing of a complaint on January 9, 2026, against the Defendants CJW Construction, Inc., and Western Surety Company. (Doc. 1). Pending before the Court is the parties' stipulated request to continue the initial scheduling conference from April 2, 2026, to May 28, 2026, or a date thereafter. (Doc. 9).

In support of their request, the parties represent that Defendants require additional time to meet and confer regarding the matters to be addressed in the joint scheduling report. *Id.* ¶ 4. The parties state that good cause exists because the additional time will allow the parties to properly address the topics required in the joint scheduling report. *Id* ¶ 5. They represent that the request is not for purposes of delay and will not prejudice any party. *Id.*

///

**Conclusion and Order**

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that the scheduling conference set for April 2, 2026, is continued to **May 28, 2026, at 9:30 a.m.** As previously directed (Doc. 3), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:    **March 26, 2026**

_____
UNITED STATES MAGISTRATE JUDGE